**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. SA CV 19-00695-DOC-JDE                                    Date: July 12, 2022

Title: HILL PHOENIX, INC. V. CLASSIC REFRIGERATION SOCAL, INC. ET AL.

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

| Karlen Dubon | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):    ORDER RE: PROPOSED JUDGMENT**

Plaintiff Hill Phoenix, Inc. is **ORDERED TO SHOW CAUSE** Why Defendants Classic Refrigeration SoCal, Inc., Thomas David Lowe and Defendant and Counter-Claimant David Rogers' (collectively, "Defendants") Joint Proposed Judgement on the Verdict (Dkt. 275) Should Not Be Entered. Plaintiff shall submit any objections by July 14, 2022 at 12 pm. Alternatively, if the parties agree upon a proposed judgment, they should submit their final proposed judgment jointly by July 14, 2022 at 12 pm.

The Clerk shall serve this minute order on the parties.

Initials of Deputy Clerk: kdu

MINUTES FORM 11
CIVIL-GEN