JS 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HILL PHOENIX, INC. | Case No. 8:19-cv-00695-DOC (JDEx) |
| Plaintiff, | **JUDGMENT ON THE VERDICT FOR PLAINTIFF** |
| v. | |
| CLASSIC REFRIGERATION SOCAL, INC., et al., | Hon. David O. Carter |
| Defendants. | |

This action having been tried before the Court sitting with a jury, the Honorable David O. Carter, District Judge, presiding; the issues having been duly tried and the jury having duly rendered its verdict,

**IT IS ORDERED AND ADJUDGED** that, in accord with the verdict of the jury, judgment is found in Plaintiff Hill Phoenix, Inc.'s favor as follows:

- On its claim for Breach of Contract against Defendants Thomas David Lowe and David Rogers;

- On its claim for Breach of Fiduciary Duty against Defendants David Thomas Lowe and David Rogers; and

- On its claim for Violation of California Uniform Trade Secrets Act against Defendants Classic Refrigeration SoCal, Inc. and Thomas David Lowe;

and against Plaintiff Hill Phoenix, Inc. on its other remaining claims; that Plaintiff, Hill Phoenix, Inc., take $2,875,000 in damages in relation to its claim for Violation of California Uniform Trade Secrets Act against Defendant Classic Refrigeration SoCal, Inc.; that the Counterclaimant David Rogers take nothing; that his remaining counterclaims be dismissed on the merits; and that the Plaintiff recover its costs of suit; attorneys' fees against Defendant David Rogers ; and attorneys' fees against Defendant Thomas David Lowe.

**IT IS FURTHER ORDERED AND ADJUDGED that execution may issue immediately upon the foregoing judgment.**

DATE: __July 18, 2022__      _____/s/ David O. Carter_____

David O. Carter
U.S. District Judge